# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1549-MN |
| | ) |
| AMGEN INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their undersigned counsel and subject to the approval of the Court, that the deadline for Defendant to move, answer or otherwise respond to Plaintiff's complaint (D.I. 1) is extended through and including January 23, 2023. Neither party shall use the grant of this extension as a basis to support any claim, defense or position in this action.

| | |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Robert W. Whetzel* |
| Daniel M. Silver (#4758) | Robert W. Whetzel (#2288) |
| Alexandra M. Joyce (#6423) | Katharine Lester Mowery (#5629) |
| Renaissance Centre | Nicole K. Pedi (#6236) |
| 405 N. King Street | RICHARDS, LAYTON & FINGER, P.A. |
| Wilmington, DE 19801 | 920 North King Street |
| (302) 984-6300 | Wilmington, DE 19801 |
| dsilver@mccarter.com | (302) 651-7700 |
| ajoyce@mccarter.com | whetzel@rlf.com |
| | mowery@rlf.com |
| *Attorneys for Plaintiff Janssen Biotech, Inc.* | pedi@rlf.com |
| | *Attorneys for Defendant Amgen Inc.* |

RLF1 28373848v.1

Dated: December 20, 2022

IT IS SO ORDERED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE