# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  C.A. No. 22-1549-MN |
| AMGEN INC., | ) ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER TO STIPULATION REGARDING AGREEMENT AS TO U.S. PATENT NO. 6,902,734 (B2)

Having reviewed the sealed Stipulation Regarding Agreement as to U.S. Patent No. 6,902,734 (B2), entered into between Plaintiff Janssen Biotech, Inc. and Amgen Inc., and the terms set forth therein, the Stipulation Regarding Agreement as to U.S. Patent No. 6,902,734 (B2) is HEREBY ORDERED.

UNITED STATES DISTRICT JUDGE