# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1549-MN |
| | ) |
| AMGEN INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT AND RESPONSE

WHEREAS, Plaintiff Janssen Biotech, Inc. ("Plaintiff") filed its Complaint for Patent Infringement against Defendant Amgen Inc. ("Defendant") on November 29, 2022 ("Complaint," D.I. 1);

WHEREAS, by stipulation and order, the deadline for Defendant to move, answer or otherwise respond to Plaintiff's Complaint (D.I. 1) is January 23, 2023 (D.I. 8);

WHEREAS, Plaintiff intends to file an amended complaint;

WHEREAS, the parties have conferred and agreed, subject to the Court's approval, on a schedule for Plaintiff to file its amended complaint and for Defendant to respond to the amended complaint. The parties have also agreed, subject to the Court's approval, that Defendant need not respond to the Complaint pending the filing of Plaintiff's amended complaint.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their undersigned counsel and subject to the approval of the Court, that: (i) Plaintiff shall file its amended complaint on or before February 20, 2023; (ii) Plaintiff may file its amended complaint under seal; provided however, that the parties shall coordinate to file a redacted, public version within seven (7) days of the sealed filing; (iii) Defendant shall move, answer or otherwise respond to the amended complaint within 60 days of its filing; and (iv) Defendant need not respond to the Complaint pending Plaintiff's filing of an amended complaint.  Neither party shall use the grant of these extensions as a basis to support any claim, defense or position in this action.  Moreover, Plaintiff may file a motion for a preliminary injunction prior to Defendant moving, answering or otherwise responding to the amended complaint, and neither side will use these extensions as a reason not to participate in any preliminary injunction proceedings or discovery that would otherwise be appropriate.

| | |
|---|---|
| */s/ Daniel M. Silver* | */s/ Katharine L. Mowery* |
| Daniel M. Silver (#4758) | Robert W. Whetzel (#2288) |
| Alexandra M. Joyce (#6423) | Katharine Lester Mowery (#5629) |
| McCarter & English, LLP | Nicole K. Pedi (#6236) |
| Renaissance Centre | RICHARDS, LAYTON & FINGER, P.A. |
| 405 N. King Street | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 651-7700 |
| dsilver@mccarter.com | whetzel@rlf.com |
| ajoyce@mccarter.com | mowery@rlf.com |
| | pedi@rlf.com |
| *Attorneys for Plaintiff Janssen Biotech, Inc.* | *Attorneys for Defendant Amgen Inc.* |

Dated: January 23, 2023

IT IS SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE