# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1549-MN |
| | ) |
| AMGEN INC., | ) |
| | ) **REDACTED PUBLIC VERSION** |
| Defendant. | ) **FILED: January 30, 2023** |
| | ) |

### STIPULATION REGARDING AGREEMENT AS TO
### U.S. PATENT NO. 6,902,734 (B2)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their undersigned counsel, that ■■■

| | |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Katharine L. Mowery* |
| Daniel M. Silver (#4758) | Robert W. Whetzel (#2288) |
| Alexandra M. Joyce (#6423) | Katharine Lester Mowery (#5629) |
| MCCARTER & ENGLISH, LLP | Nicole K. Pedi (#6236) |
| Renaissance Centre | RICHARDS, LAYTON & FINGER, P.A. |
| 405 N. King Street | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 651-7700 |
| dsilver@mccarter.com | whetzel@rlf.com |
| ajoyce@mccarter.com | mowery@rlf.com |
| | pedi@rlf.com |
| *Attorneys for Plaintiff Janssen Biotech, Inc.* | *Attorneys for Defendant Amgen Inc.* |

Dated: January 23, 2023