# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1549-MN |
| | ) |
| AMGEN INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Siegmund Y. Gutman, Scott P. Cooper, Kevin J. Perra, David Hanna, and Gourdin Sirles of Proskauer Rose to represent Defendant Amgen Inc. in this matter.

Dated: February 6, 2023

/s/ Katharine L. Mowery
Robert W. Whetzel (#2288)
Katharine Lester Mowery (#5629)
Nicole K. Pedi (#6236)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
mowery@rlf.com
pedi@rlf.com

*Attorneys for Defendant Amgen Inc.*

IT IS SO ORDERED this _____ day of _____, 2023.

                                                           _____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and California, and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon filing of this motion.

Dated: February 2, 2023

Siegmund Y. Gutman
Proskauer Rose LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
(310) 557-2900
sgutman@proskauer.com

3

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon filing of this motion.

Dated: February 3, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Scott P. Cooper
　　　　　　　　　　　　　　　　　　　Proskauer Rose LLP
　　　　　　　　　　　　　　　　　　　2029 Century Park East
　　　　　　　　　　　　　　　　　　　Suite 2400
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067-3010
　　　　　　　　　　　　　　　　　　　(310) 557-2900
　　　　　　　　　　　　　　　　　　　scooper@proskauer.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon filing of this motion.

Dated:

_____
Kevin J. Perra
Proskauer Rose LLP
Eleven Times Square
8th Avenue & 41st Street
New York, NY 10036-8299
(212) 416-6800
kperra@proskauer.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon filing of this motion.

Dated: January 25, 2023

David M. Hanna
Proskauer Rose LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
(310) 284-4513
dhanna@proskauer.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with the Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon filing of this motion.

Dated: 02/03/2023

Gourdin W. Sirles
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600
2029 Century Park East
(617) 526-9600
gsirles@proskauer.com