# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| JANSSEN BIOTECH, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) C.A. No. 22-1549-MN |
| v. | ) <br> ) |
| AMGEN INC., | ) <br> ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that the deadline for Plaintiff to submit an Amended Complaint shall be extended to February 21, 2023 (from February 20, 2023).

Dated: February 17, 2023

| McCARTER & ENGLISH, LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Daniel M. Silver* <br> Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, Delaware 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> *Counsel for Plaintiff* | */s/ Robert W. Whetzel* <br> Robert W. Whetzel (#2288) <br> Katharine Lester Mowery (#5629) <br> Nicole K. Pedi (#6236) <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> whetzel@rlf.com <br> mowery@rlf.com <br> pedi@rlf.com <br><br> *Counsel for Defendant* |

ME1 44217550v.1

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Michael A. Morin<br>David P. Frazier<br>Inge A. Osman<br>Cecilia Sanabria<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004<br>(202) 637-2200 | Siegmund Y. Gutman<br>Scott P. Cooper<br>David M. Hanna<br>Gourdin W. Sirles<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010<br>(310) 557-2900 |
| Michael Seringhaus<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 328-4600 | Kevin J. Perra<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>8th Avenue & 41st Street<br>New York, NY 10036-8299<br>(212) 416-6800 |
| Gabrielle LaHatte<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>(415) 491-0600 | Dennis J. Smith<br>Alaina Whitt<br>James High<br>AMGEN, INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1799<br>(805) 447-1000 |

IT IS SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE

ME1 44217550v.1