# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1549-MN |
| | ) |
| AMGEN INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION AND [PROPOSED] ORDER
## TO EXTEND DEADLINE TO FILE REDACTIONS

WHEREAS, Plaintiff Janssen Biotech, Inc. ("Plaintiff") filed its First Amended Complaint against Defendant Amgen Inc. ("Defendant") on February 21, 2023 ("Amended Complaint," D.I. 20);

WHEREAS, Defendant requires additional time to review the 110-page Amended Complaint and accompanying 50 exhibits, to identify which portions, if any, should be redacted in the public version.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their undersigned counsel and subject to the approval of the Court, that the deadline for the parties to file a redacted version of D.I. 20 is extended through and including March 7, 2023.

| | |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Katharine Lester Mowery |
| Daniel M. Silver (#4758) | Robert W. Whetzel (#2288) |
| Alexandra M. Joyce (#6423) | Katharine Lester Mowery (#5629) |
| McCarter & English, LLP | Nicole K. Pedi (#6236) |
| Renaissance Centre | RICHARDS, LAYTON & FINGER, P.A. |
| 405 N. King Street | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 651-7700 |
| dsilver@mccarter.com | whetzel@rlf.com |
| ajoyce@mccarter.com | mowery@rlf.com |
| | pedi@rlf.com |
| *Attorneys for Plaintiff Janssen Biotech, Inc.* | *Attorneys for Defendant Amgen Inc.* |

Dated: February 28, 2023

IT IS SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE