## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-1549-MN ) ) |
| AMGEN INC., | ) ) |
| Defendant. | ) ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITATIONS**

WHEREAS, Plaintiff Janssen Biotech, Inc. ("Plaintiff") intends to file a Motion for a Preliminary Injunction ("PI Motion") by March 1, 2023;

WHEREAS, Defendant Amgen, Inc. ("Defendant") intends to oppose Plaintiff's PI Motion;

WHEREAS, although Plaintiff intends to be as concise as possible in briefing the PI Motion, Plaintiff believes that it requires an extension of the default page limitation for opening briefs in order to thoroughly brief the issues in the PI Motion; and

WHEREAS, Defendant does not object to Plaintiff's request to extend the page limitation for its opening brief in support of the PI Motion;

IT IS HEREBY STIPULATED, by Plaintiff and Defendant, subject to the approval of the Court, that the page limitation for Plaintiff's opening brief in support of its PI Motion is extended to thirty (30) pages.

Dated: March 1, 2023

| | |
|---|---|
| McCARTER & ENGLISH, LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Daniel M. Silver* | */s/ Katherine Lester Mowery* |
| Daniel M. Silver (#4758) | Robert W. Whetzel (#2288) |
| Alexandra M. Joyce (#6423) | Katharine Lester Mowery (#5629) |
| Renaissance Centre | Nicole K. Pedi (#6236) |
| 405 N. King Street, 8th Floor | 920 North King Street |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 651-7700 |
| dsilver@mccarter.com | whetzel@rlf.com |
| ajoyce@mccarter.com | mowery@rlf.com |
| | pedi@rlf.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| OF COUNSEL: | OF COUNSEL: |
| Michael A. Morin | Siegmund Y. Gutman |
| David P. Frazier | Scott P. Cooper |
| Inge A. Osman | David M. Hanna |
| Cecilia Sanabria | Gourdin W. Sirles |
| LATHAM & WATKINS LLP | PROSKAUER ROSE LLP |
| 555 Eleventh Street, NW, Suite 1000 | 2029 Century Park East, Suite 2400 |
| Washington, DC 20004 | Los Angeles, CA 90067-3010 |
| (202) 637-2200 | (310) 557-2900 |
| Michael Seringhaus | Kevin J. Perra |
| LATHAM & WATKINS LLP | PROSKAUER ROSE LLP |
| 140 Scott Drive | Eleven Times Square |
| Menlo Park, CA 94025 | 8th Avenue & 41st Street |
| (650) 328-4600 | New York, NY 10036-8299 |
| Gabrielle LaHatte | (212) 416-6800 |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | Dennis J. Smith |
| San Francisco, CA 94111 | Alaina Whitt |
| (415) 491-0600 | James High |
| | AMGEN, INC. |
| | One Amgen Center Drive |
| | Thousand Oaks, CA 91320-1799 |
| | (805) 447-1000 |

ME1 44290929v.1

IT IS SO ORDERED this _____ day of _____, 2023.

                                                                                                                      _____
UNITED STATES DISTRICT JUDGE