**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JANSSEN BIOTECH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1549-MN |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Janssen Biotech, Inc. ("Janssen") hereby moves for a preliminary injunction enjoining Defendant Amgen, Inc. ("Amgen") from manufacturing in commercial quantities, using in commercial quantities, offering to sell, selling within the United States, or importing for commercial purposes into the United States its ABP 654 biosimilar product.

The grounds for this motion are set forth in Plaintiff's Memorandum in Support of its Motion For a Preliminary Injunction, the supporting declarations of Brian Smith, Dr. Matthew S. Croughan, John C. Jarosz, and Cecilia Sanabria, and exhibits attached thereto, filed contemporaneously herewith.

Date:  March 6, 2023                                    Respectfully submitted,

                                          MCCARTER & ENGLISH, LLP

                                          */s/ Daniel M. Silver*
                                          Daniel M. Silver (#4758)
OF COUNSEL:                             Alexandra M. Joyce (#6423)
                                          Renaissance Centre
Michael A. Morin                      405 N. King St.
David P. Frazier                       Wilmington, DE 19801
Inge A. Osman                        (302) 984-6300
Cecilia Sanabria                      dsilver@mccarter.com
LATHAM & WATKINS LLP         ajoyce@mccarter.com
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004c            *Attorneys for Plaintiff*
(202) 637-2200                        *Janssen Biotech, Inc.*

Michael Seringhaus
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

Gabrielle LaHatte
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 491-0600

## **RULE 7.1.1 CERTIFICATION**

Pursuant to D. Del. LR 7.1.1, counsel for Plaintiff Janssen Biotech, Inc. certifies that counsel for the parties, including Delaware counsel, discussed the subject matter of the foregoing motion and the relief sought, and that the parties have been unable to reach agreement.

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)