# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1549-MN |
| | ) |
| AMGEN INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION AND [PROPOSED] ORDER TO
## EXTEND DEADLINE TO FILE REDACTIONS TO PLAINTIFF'S
## PRELIMINARY INJUNCTION PAPERS

WHEREAS, Plaintiff Janssen Biotech, Inc. ("Plaintiff") filed its Sealed Opening Brief in Support of its Motion for Preliminary Injunction ("Opening PI Brief," D.I. 25), Sealed Declaration of Cecilia Sanabria in Support of its Opening PI Brief ("Sanabria Declaration," D.I. 26), Sealed Exhibits A1-A24 to the Sanabria Declaration (D.I. 27), Sealed Exhibits A25-B12 to the Sanabria Declaration (D.I. 28), Sealed Exhibits B13-B22 to the Sanabria Declaration (D.I. 28), Sealed Exhibits B23-C5 (D.I. 29), Sealed Declaration of Matthew S. Croughan, Ph.D. in Support of its Opening PI Brief ("Croughan Declaration," D.I. 31), Sealed Declaration of Brian Smith in Support of its Opening PI Brief ("Smith Declaration," D.I. 32), and Sealed Declaration of John C. Jarosz in Support of its Opening PI Brief ("Jarosz Declaration," D.I. 33) (collectively, the "Sealed Preliminary Injunction Papers") on March 1, 2023;

WHEREAS, the Court denied the motion for not conforming to the page limits under the Local Rules on March 2, 2023, with leave to re-file (D.I. 34);

WHEREAS, public versions of the Sealed Preliminary Injunction Papers are still due to be filed on March 8, 2023; and

WHEREAS, owing to the volume of the Sealed Preliminary Injunction Papers to be reviewed (consisting of 3,005 pages) and Defendant Amgen, Inc.'s ("Defendant") concurrent obligation to review and propose redactions to Plaintiff's Amended Complaint and accompanying exhibits (D.I. 20), the deadline for which is March 7, 2023 (D.I. 22), Defendant requires additional time to review the Sealed Preliminary Injunction Papers to identify which portions, if any, should be redacted in the public versions.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their undersigned counsel and subject to the approval of the Court, that the deadline for the parties to file redacted public versions of the Sealed Preliminary Injunction Papers (D.I. 25-33) is extended through and including March 20, 2023.

| | |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Katharine L. Mowery* |
| Daniel M. Silver (#4758) | Robert W. Whetzel (#2288) |
| Alexandra M. Joyce (#6423) | Katharine Lester Mowery (#5629) |
| MCCARTER & ENGLISH, LLP | Nicole K. Pedi (#6236) |
| Renaissance Centre | RICHARDS, LAYTON & FINGER, P.A. |
| 405 N. King Street | 920 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 651-7700 |

| | |
|---|---|
| dsilver@mccarter.com<br>ajoyce@mccarter.com | whetzel@rlf.com<br>mowery@rlf.com<br>pedi@rlf.com |
| *Attorneys for Plaintiff Janssen Biotech, Inc.* | *Attorneys for Defendant Amgen Inc.* |

Dated: March 7, 2023

IT IS SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE