IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMGEN INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 22-1549-MN <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 14, 2023, true and correct copies of Defendant Amgen Inc.'s First Set of Requests for the Production of Documents and Things (Nos. 1-18) were caused to be served on the following counsel as indicated:

**BY ELECTRONIC MAIL**
Daniel M. Silver
Alexandra M. Joyce
McCarter & English, LLP
Renaissance Centre
405 N. King St.
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

**BY ELECTRONIC MAIL**
Michael A. Morin
David P. Frazier
Inge A. Osman
Cecilia Sanabria
LATHAM &WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

**BY ELECTRONIC MAIL**
Michael Seringhaus
LATHAM &WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

**BY ELECTRONIC MAIL**
Gabrielle LaHatte
LATHAM &WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA
(415) 491-0600

OF COUNSEL:
Siegmund Y. Gutman
Scott P. Cooper
David M. Hanna
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
(310) 557-2900
sgutman@proskauer.com
scooper@proskauer.com
dhanna@proskauer.com

Kevin J. Perra
PROSKAUER ROSE LLP
Eleven Times Square
8th Avenue & 41st Street
New York, NY 10036-8299
(212) 416-6800
kperra@proskauer.com

Gourdin W. Sirles
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600
gsirles@proskauer.com

Wendy Whiteford
J Drew Diamond
Dennis J. Smith
Alaina Whitt
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1799
(805) 447-1000

James High
AMGEN INC.
750 Gateway Blvd., St. 100
South San Francisco, CA 94080-7020
(650) 244-2000

Dated: March 14, 2023

/s/ Nicole K. Pedi
Robert W. Whetzel (#2288)
Katharine Lester Mowery (#5629)
Nicole K. Pedi (#6236)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
mowery@rlf.com
pedi@rlf.com

*Attorneys for Amgen Inc.*