# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) </br> ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | ) C.A. No. 22-1549-MN </br> ) |
| AMGEN INC., | ) </br> ) </br> ) |
| Defendant. | ) </br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 14, 2023 true and correct copies of **Janssen's First Set of Requests for Production to Amgen Nos. 1-15** were served on the following counsel in the manner indicated:

### BY EMAIL:

Robert W. Whetzel (#2288)
Katharine Lester Mowery (#5629)
Nicole K. Pedi (#6236)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
mowery@rlf.com
pedi@rlf.com

Siegmund Y. Gutman
Scott P. Cooper
David M. Hanna
Gourdin W. Sirles
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 557-2900

ME1 44392075v.1

Kevin J. Perra
PROSKAUER ROSE LLP
Eleven Times Square
8th Avenue & 41st Street
New York, NY 10036-8299
(212) 416-6800

Dennis J. Smith
Alaina Whitt
James High
AMGEN, INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1799
(805) 447-1000

*Counsel for Defendant*

| | |
|---|---|
| Dated: March 14, 2023 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Alexandra M. Joyce* |
| | Daniel M. Silver (#4758) |
| Michael A. Morin | Alexandra M. Joyce (#6423) |
| David P. Frazier | Renaissance Centre |
| Inge A. Osman | 405 N. King Street, 8th Floor |
| Cecilia Sanabria | Wilmington, Delaware 19801 |
| LATHAM & WATKINS LLP | (302) 984-6300 |
| 555 Eleventh Street, NW, Suite 1000 | dsilver@mccarter.com |
| Washington, DC 20004 | ajoyce@mccarter.com |
| (202) 637-2200 | |
| | *Attorneys for Plaintiff* |
| Michael Seringhaus | *Janssen Biotech, Inc.* |
| LATHAM & WATKINS LLP | |
| 140 Scott Drive | |
| Menlo Park, CA 94025 | |
| (650) 328-4600 | |
| | |
| Gabrielle LaHatte | |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | |
| (415) 491-0600 | |