IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 22-1549-MN |
| AMGEN INC., | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] DISCOVERY PLAN AND SCHEDULE FOR JANSSEN'S PRELIMINARY INJUNCTION MOTION**

WHEREAS, Plaintiff Janssen Biotech, Inc. ("Plaintiff") filed a Motion for a Preliminary Injunction ("PI Motion") on March 6, 2023 (D.I. 35);

WHEREAS, Defendant Amgen Inc. ("Defendant") and Plaintiff have productively met and conferred on numerous occasions to try to work out a proposed schedule and plan for resolution of the PI Motion;

WHEREAS, in connection with reaching agreement on this stipulation, the parties have come to agreement on, among other things, a provision included separately in Exhibit A;

WHEREAS, although the parties intend to be as concise as possible in their briefing, to fully address the issues presented in Plaintiff's PI Motion, including any claim construction issues,[1] the parties respectfully request an additional 10 pages each in their opposition and reply briefs, and Defendant requests (and Plaintiff agrees to) a 10 page sur-reply;

---

[1] The parties have a disagreement over whether any additional process for identifying and narrowing claim construction issues for the Court is needed. The parties promptly will contact the Court to seek guidance on how to submit that issue to the Court.

1

WHEREAS, Plaintiff respectfully requests a decision on its PI Motion before October 31, 2023; and

WHEREAS, the parties are at the Court's disposal to discuss the proposed Discovery Plan and Schedule or any other issues the Court would like to address;

IT IS HEREBY STIPULATED, by Plaintiff and Defendant, subject to the approval of the Court, that:

1. Each side will be permitted a total of 20 Requests for the Production of Documents limited to the issues in the PI Motion, and the parties' respective briefs related thereto.

2. Each side will be permitted to depose all declarants whose testimony is submitted by the opposing party in connection with the PI Motion, plus up to two additional witnesses.

3. To facilitate the presentation of issues and arguments, the page limits for the briefing will be as follows:

    a.    Janssen has already filed its opening brief (20 pages);

    b.    Amgen shall file an answering brief (up to 30 pages);

    c.    Janssen shall file a reply brief (up to 20 pages); and

    d.    Amgen shall file a sur-reply brief (up to 10 pages), limited to issues of claim construction and invalidity.

4. The following schedule shall control the proceedings:

| Deadline | Date |
| --- | --- |
| Janssen files PI Motion | 3/6/2023 (Completed) |
| Deadline to serve initial document requests | 3/14/2023 (Completed) |
| Deadline to serve written responses to initial document requests | 3/21/2023 |
| Substantial completion of initial document productions | 3/28/2023 |
| Deadline by which Janssen produces witnesses for deposition | 4/28/2023 |

| | |
|---|---|
| Amgen files Responsive brief | 5/22/2023 |
| Deadline for Janssen to serve second document requests (not to exceed total limit of 20) responding to Amgen's Responsive brief | 5/26/2023 |
| Deadline for Amgen to serve written responses to Janssen's second document requests | 6/5/2023 |
| Substantial completion of Amgen document productions in response to Janssen's second document requests | 6/9/2023 |
| Deadline by which Amgen produces witnesses for deposition | 6/19/2023 |
| Janssen files Reply brief | 7/10/2023 |
| Deadline for Amgen to serve second document requests (not to exceed total limit of 20) responding to Janssen's Reply brief | 7/14/2023 |
| Deadline for Janssen to serve written responses to Amgen's second document requests | 7/18/2023 |
| Substantial completion of Janssen document productions in response to Amgen's second document requests | 7/21/2023 |
| Deadline for Janssen to produce reply declarants for deposition | 7/31/2023 |
| Amgen files Sur-Reply brief | 8/21/2023 |
| PI Hearing | [Janssen's Position: As soon as possible per the Court's schedule to facilitate resolution by 10/31/2023]<br><br>[Amgen's Position: Amgen believes a hearing should not be necessary unless the Court would find it helpful.] |

Dated: March 17, 2023

| | |
|---|---|
| McCARTER & ENGLISH, LLP | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Daniel M. Silver | /s/ Katharine Lester Mowery |
| Daniel M. Silver (#4758) | Robert W. Whetzel (#2288) |
| Alexandra M. Joyce (#6423) | Katharine Lester Mowery (#5629) |
| Renaissance Centre | Nicole K. Pedi (#6236) |
| 405 N. King Street, 8th Floor | 920 North King Street |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 651-7700 |

dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Plaintiff*

OF COUNSEL:

Michael A. Morin
David P. Frazier
Inge A. Osman
Cecilia Sanabria
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
(202) 637-2200

Michael Seringhaus
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

Gabrielle LaHatte
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 491-0600

whetzel@rlf.com
mowery@rlf.com
pedi@rlf.com

*Counsel for Defendant*

OF COUNSEL:

Siegmund Y. Gutman
Scott P. Cooper
David M. Hanna
Gourdin W. Sirles
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 557-2900

Kevin J. Perra
PROSKAUER ROSE LLP
Eleven Times Square
8th Avenue & 41st Street
New York, NY 10036-8299
(212) 416-6800

Dennis J. Smith
Alaina Whitt
James High
AMGEN, INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1799
(805) 447-1000


IT IS SO ORDERED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE