# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC.,  )<br>  ) <br>Plaintiff,  ) <br>  )  C.A. No. 22-1549-MN<br>v.  ) <br>  ) <br>AMGEN INC.,  ) <br>  ) <br>Defendant.  ) | |

**REVISED STIPULATION AND [PROPOSED] DISCOVERY PLAN AND SCHEDULE FOR JANSSEN'S PRELIMINARY INJUNCTION MOTION**

WHEREAS, Plaintiff Janssen Biotech, Inc. ("Plaintiff") filed a Motion for a Preliminary Injunction ("PI Motion") on March 6, 2023 (D.I. 35);

WHEREAS, on March 17, 2023, the parties submitted a Stipulation and [Proposed] Discovery Plan and Schedule for Janssen's Preliminary Injunction Motion (D.I. 68);

WHEREAS, in connection with reaching agreement on this stipulation, the parties have come to agreement on, among other things, a provision included separately in Exhibit A filed under seal;

WHEREAS, on March 20, 2023, the Court issued an Order (D.I. 70) informing the parties that if the parties want a decision on the PI Motion by October 31, 2023, briefing needs to be complete by July 21, 2023, and instructed the parties to submit a revised schedule by March 21, 2023. On March 21, 2023, at the parties' request, the Court extended the deadline for the submission of a revised schedule to March 22, 2023, and on March 22 extended it until noon on March 23;

1

WHEREAS, Defendant and Plaintiff have met and conferred extensively to reach agreement on a shortened proposed schedule and plan for resolution of the PI Motion consistent with the Court's Order;

IT IS HEREBY STIPULATED, by Plaintiff and Defendant, subject to the approval of the Court, that:

1. Each side will be permitted a total of 20 Requests for the Production of Documents limited to the issues in the PI Motion.

2. Each side will be permitted to depose all declarants whose testimony is submitted by the opposing party in connection with the PI Motion, plus up to two additional witnesses.

3. To facilitate the presentation of issues and arguments, the page limits for the briefing will be as follows:

    a. Janssen has already filed its opening brief (20 pages);

    b. Amgen shall file an answering brief (up to 30 pages);

    c. Janssen shall file a reply brief (up to 20 pages); and

    d. Amgen shall file a sur-reply brief (up to 10 pages), limited to issues of claim construction and invalidity.

4. The following schedule shall control the proceedings:

| Deadline | Proposed Dates |
| --- | --- |
| Janssen files PI Motion | 3/6/2023 (Completed) |
| Deadline to serve initial document requests | 3/14/2023 (Completed) |
| Deadline to serve written responses to initial document requests | 3/21/2023 (Completed) |
| Substantial completion of initial document productions | 3/28/2023 |
| Deadline by which Janssen produces witnesses for deposition | 4/25/2023 |

| | |
|---|---|
| [Amgen's position:  Deadline for parties to meet and confer on claim construction issues[1]]<br>[Janssen's position: This event is unnecessary as claim construction can be fully addressed in the preliminary injunction briefs (*see* D.I. 70)] | 5/8/2023 [Amgen's Proposal]<br><br>[No Date] [Janssen's Proposal] |
| Amgen files Responsive brief | 5/17/2023 |
| Deadline for Janssen to serve second document requests (not to exceed total limit of 20) responding to Amgen's Responsive brief | 5/19/2023 |
| Deadline for Amgen to serve written responses to Janssen's second document requests | 5/23/2023 |
| Substantial completion of Amgen document productions in response to Janssen's second document requests | 5/29/2023 |
| Deadline by which Amgen produces witnesses for deposition | 6/9/2023 |
| Janssen files Reply brief | 6/26/2023 |
| Deadline for Amgen to serve second document requests (not to exceed total limit of 20) responding to Janssen's Reply brief | 6/28/2023 |
| Deadline for Janssen to serve written responses to Amgen's second document requests | 6/30/2023 |
| Substantial completion of Janssen document productions in response to Amgen's second document requests | 7/5/2023 |
| Deadline for Janssen to produce reply declarants for deposition | 7/14/2023 |
| Amgen files Sur-Reply brief | 7/21/2023 |
| PI Hearing | [Janssen's Position: As soon as possible per the Court's schedule to facilitate resolution by 10/31/2023] |

---

[1] **Amgen's Position: Process to Address Plain and Ordinary Meaning Issues:**  Amgen proposes that the parties simultaneously exchange identification of claim terms/phrases to be construed on 5/3/2023 and that they simultaneously exchange proposed constructions for terms/phrases to be construed (parties cannot rely on "plain and ordinary meaning" without providing the specific construction proposed according to the "plain and ordinary meaning") with citations to supporting intrinsic evidence on 5/7/2023.

**Janssen's Position: No such process is appropriate or necessary.** Amgen can address its claim construction in its opposition brief and Plaintiff will respond. Amgen has a 10-page surreply.

|  | [Amgen's Position: Amgen believes a hearing should not be necessary unless the Court would find it helpful.] |
|---|---|

Dated: March 23, 2023

<table>
<tr><td>

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Plaintiff*

OF COUNSEL:

Michael A. Morin
David P. Frazier
Inge A. Osman
Cecilia Sanabria
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
(202) 637-2200

Michael Seringhaus
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

Gabrielle LaHatte
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000

</td><td>

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Robert W. Whetzel*
Robert W. Whetzel (#2288)
Katharine Lester Mowery (#5629)
Nicole K. Pedi (#6236)
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
mowery@rlf.com
pedi@rlf.com

*Counsel for Defendant*

OF COUNSEL:

Siegmund Y. Gutman
Scott P. Cooper
David M. Hanna
Gourdin W. Sirles
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 557-2900

Kevin J. Perra
PROSKAUER ROSE LLP
Eleven Times Square
8th Avenue & 41st Street
New York, NY 10036-8299
(212) 416-6800

Dennis J. Smith

</td></tr>
</table>

4

| | |
|---|---|
| San Francisco, CA 94111<br>(415) 491-0600 | Alaina Whitt<br>James High<br>AMGEN, INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1799<br>(805) 447-1000 |

IT IS SO ORDERED this _____ day of _____, 2023.

                                                                                            _____
                                                                                             UNITED STATES DISTRICT JUDGE