IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 22-1549-MN |
| AMGEN INC., | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S NOTICE OF SUBPOENA TO DR. HOLLY PRENTICE**

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendant Amgen Inc. ("Defendant"), through undersigned counsel, has caused to be issued the attached Subpoena to Testify at a Deposition in a Civil Action (Ex. 1), to be served on Dr. Holly Prentice ("Deponent"). The deposition by oral examination will take place on April 11, 2023 beginning at 9:00am EST, at the offices of Proskauer Rose LLP, One International Place, Boston, MA 02110, or such other time or place as determined by mutual agreement, and will continue day-to-day until concluded. The deposition will be conducted before a notary public or other officer duly authorized by law to administer oaths and will be recorded by stenographic and audiovisual means.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 30, 34 and 45, Defendant further requests that Deponent produce documents, electronically stored information, and things identified in Schedule A of the Subpoena by April 4, 2023 at the offices of Proskauer Rose LLP, One International Place, Boston, MA 02110, or at such other time or place as determined by mutual agreement.

OF COUNSEL:

Siegmund Y. Gutman
Scott P. Cooper
David M. Hanna
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
(310) 557-2900
sgutman@proskauer.com
scooper@proskauer.com
dhanna@proskauer.com

Kevin J. Perra
PROSKAUER ROSE LLP
Eleven Times Square
8th Avenue & 41st Street
New York, NY 10036-8299
(212) 416-6800
kperra@proskauer.com

Gourdin W. Sirles
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600
gsirles@proskauer.com

Wendy Whiteford
J Drew Diamond
Dennis J. Smith
Alaina Whitt
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1799
(805) 447-1000

James High
AMGEN INC.
750 Gateway Blvd., St. 100
South San Francisco, CA 94080-7020
(650) 244-2000

Dated: March 29, 2023

/s/ Katharine Lester Mowery
Robert W. Whetzel (#2288)
Katharine Lester Mowery (#5629)
Nicole K. Pedi (#6236)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
mowery@rlf.com
pedi@rlf.com

*Attorneys for Amgen Inc.*