# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMGEN INC., <br><br> Defendant. | C.A. No. 22-1549-MN |

## ENTRY OF APPEARANCE

Please enter the appearance of Jason J. Rawnsley of Richards, Layton & Finger, P.A. as counsel for the defendant, Amgen Inc., in the above-captioned matter.

OF COUNSEL:

Siegmund Y. Gutman
Scott P. Cooper
David M. Hanna
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
(310) 557-2900
sgutman@proskauer.com
scooper@proskauer.com
dhanna@proskauer.com

Kevin J. Perra
PROSKAUER ROSE LLP
Eleven Times Square
8th Avenue & 41st Street
New York, NY 10036-8299
(212) 416-6800
kperra@proskauer.com

/s/ Jason J. Rawnsley
Robert W. Whetzel (#2288)
Jason J. Rawnsley (#5379)
Katharine Lester Mowery (#5629)
Nicole K. Pedi (#6236)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
rawnsley@rlf.com
mowery@rlf.com
pedi@rlf.com

*Attorneys for Amgen Inc.*

Gourdin W. Sirles
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600
gsirles@proskauer.com

Wendy Whiteford
J Drew Diamond
Dennis J. Smith
Alaina Whitt
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1799
(805) 447-1000

James High
AMGEN INC.
750 Gateway Blvd., St. 100
South San Francisco, CA 94080-7020
(650) 244-2000

Dated: April 12, 2023