# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    C.A. No. 1:22-cv-01549-MN <br> ) |
| AMGEN INC., | ) <br> ) |
| Defendant. | ) <br> ) |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO FILE ANSWERING BRIEF**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, as follows:

1. The deadline for Amgen to file its answering brief in opposition to Janssen's motion for a preliminary injunction shall be extended from May 17 to May 22, 2023.

2. To accommodate the foregoing extension, the parties shall work together in good faith to adjust the deadlines for the service of and response to Janssen's second set of document requests; the deadline for substantial completion of document productions in response to such document requests; and the deadline by which Amgen produces witnesses for deposition. Each party reserves its rights regarding any further adjustments to the Discovery Plan and Schedule for Janssen's Preliminary Injunction Motion, D.I. 75.

| | |
|---|---|
| */s/ Daniel M. Silver* | */s/ Jason J. Rawnsley* |
| Daniel M. Silver (#4758) | Robert W. Whetzel (#2288) |
| Alexandra M. Joyce (#6423) | Jason J. Rawnsley (#5379) |
| MCCARTER & ENGLISH LLP | Katharine Lester Mowery (#5629) |
| Renaissance Centre | Nicole K. Pedi (#6236) |
| 405 N. King Street, 8th Floor | RICHARDS, LAYTON & FINGER, P.A. |
| Wilmington, Delaware 19801 | 920 North King Street |
| (302) 984-6300 | Wilmington, DE 19801 |
| dsilver@mccarter.com | (302) 651-7700 |
| ajoyce@mccarter.com | whetzel@rlf.com |
| | rawnsley@rlf.com |
| *Attorneys for Janssen Biotech Inc.* | mowery@rlf.com |
| | pedi@rlf.com |
| OF COUNSEL: | |
| | *Attorneys for Amgen Inc.* |
| Michael A. Morin | |
| David P. Frazier | OF COUNSEL: |
| Inge A. Osman | |
| Cecilia Sanabria | Siegmund Y. Gutman |
| LATHAM & WATKINS LLP | Scott P. Cooper |
| 555 Eleventh Street, NW, Suite 1000 | David M. Hanna |
| Washington, DC  20004 | PROSKAUER ROSE LLP |
| (202) 637-2200 | 2029 Century Park East |
| | Suite 2400 |
| Michael Seringhaus | Los Angeles, CA 90067-3010 |
| LATHAM & WATKINS LLP | (310) 557-2900 |
| 140 Scott Drive | sgutman@proskauer.com |
| Menlo Park, CA 94025 | scooper@proskauer.com |
| (650) 328-4600 | dhanna@proskauer.com |
| | |
| Gabrielle LaHatte | Kevin J. Perra |
| LATHAM & WATKINS LLP | PROSKAUER ROSE LLP |
| 505 Montgomery Street, Suite 2000 | Eleven Times Square |
| San Francisco, CA  94111 | 8th Avenue & 41st Street |
| (415) 491-0600 | New York, NY 10036-8299 |
| | (212) 416-6800 |
| Dated: May 12, 2023 | kperra@proskauer.com |
| | |
| | Gourdin W. Sirles |
| | PROSKAUER ROSE LLP |
| | One International Place |
| | Boston, MA 02110-2600 |
| | (617) 526-9600 |
| | gsirles@proskauer.com |

        Dennis J. Smith
        Alaina Whitt
        AMGEN INC.
        One Amgen Center Drive
        Thousand Oaks, CA 91320-1799
        (805) 447-1000
        dennis.smith@amgen.com
        awhitt@amgen.com

        James High
        AMGEN INC.
        750 Gateway Blvd., St. 100
        South San Francisco, CA 94080-7020
        (650) 244-2000
        james.high@amgen.com

IT IS SO ORDERED this _____ day of _____, 2023.

_____
THE HONORABLE MARYELLEN NOREIKA
DISTRICT JUDGE
U.S. DISTRICT COURT
DISTRICT OF DELAWARE